*State, Respondent, v. Thompson, Petitioner*, No. 92651-4. Petition for review of a decision of the Court of Appeals, No. 47075-6-II, December 15, 2015, 191 Wn. App. 1046. *Granted on a specific issue* and *remanded* to the superior court April 27, 2016.

State, Respondent, v. Tatro, Petitioner, No. 92557-7. Petition for review of a decision of the Court of Appeals, No. 46013-1-II, November 2, 2015. *Granted on a specific issue* and *remanded* to the superior court April 27, 2016.

*State, Respondent, v. Diltz, Petitioner*, No. 92091-5. Petition for review of a decision of the Court of Appeals, No. 72205-1-I, July 27, 2015, 189 Wn. App. 1009. *Denied* April 27, 2016.

*Williams, Petitioner, v. First Transit et al., Respondents*, No. 92368-0. Petition for review of a decision of the Court of Appeals, No. 45504-8-II, August 11, 2015, 189 Wn. App. 1029. *Denied* April 27, 2016.

*Payne, Petitioner, v. Medtronic, Inc., et al., Respondents*, No. 92416-3. Petition for review of a decision of the Court of Appeals, No. 71411-2-I, September 28, 2015, 190 Wn. App. 383. *Denied* April 27, 2016.

*State, Respondent, v. Maddux, Petitioner*, No. 92442-2. Petition for review of a decision of the Court of Appeals, No. 33230-6-III, September 29, 2015, 190 Wn. App. 1024. *Denied* April 27, 2016.

*Nieves, Petitioner, v. Wal-Mart Stores, Respondent*, No. 92468-6. Petition for review of a decision of the Court of Appeals, No. 32510-5-III, September 1, 2015, 189 Wn. App. 1051. *Denied* April 27, 2016.

*State, Respondent, v. Bailey, Petitioner*, No. 92508-9. Petition for review of a decision of the Court of Appeals, No. 32545-8-III, October 13, 2015, 190 Wn. App. 1033. *Denied* April 27, 2016.